Certificate Number: 12433-PAE-DE-031359171

Bankruptcy Case Number: 13-16128



12433-PAE-DE-031359171

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2018, at 8:45 o'clock PM EDT, Cynthia A. Surran completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 22, 2018                By:  /s/Lance Brechbill

Name:  Lance Brechbill

Title:  Teacher