Certificate Number: 12433-PAE-DE-031359170

Bankruptcy Case Number: 13-16128



12433-PAE-DE-031359170

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2018, at 8:45 o'clock PM EDT, Barry L. Surran completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 22, 2018              By:   /s/Lance Brechbill

                                   Name: Lance Brechbill

                                   Title: Teacher