United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-16128-ref
Barry L. Surran                                                           Chapter 13
Cynthia A. Surran
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 3            Date Rcvd: Nov 14, 2018
                              Form ID: 138NEW          Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
```
db/jdb       +Barry L. Surran,    Cynthia A. Surran,    444 Hoch Road,    Blandon, PA 19510-9474
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13104684      ACB Recovery,    PO Box 177,    Cincinnati, OH 45201-0177
13104687     +Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7689
13104688      American Express,    PO Box 1270,    Newark, NJ 07101-1270
13171480      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13104689     +Anita Perez,    Director of Contracts & Collections Svcs,    300 Rancheros Drive, Suite 450,
               San Marcos, CA 92069-2969
13104690      Asset Recovery Solutions, LLC,    PO Box 1022,    Wixom, MI 48393-1022
13104691    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
13104692      Berks Earned Income Tax Bureau,    920 Van Reed Road,    Wyomissing, PA 19610-1700
13104693     +Boscov's,    PO Box 71106,    Charlotte, NC 28272-1106
13192894     +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13156798      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13104696      Chase,    PO Box 24696,    Columbus, OH 43224-0696
13104697     +Chase Card Services,    Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
13104698      Commonwealth of Pennsylvania,    Department of Revenue,    Harrisburg Call Center,
               Strawberry Square 6th Floor,    Harrisburg, PA 17128-1210
13104699      Department Stores National Bank/Macy's,    PO Box 183083,    Columbus, OH 43218-3083
13123635     +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
13104700      Fleetwood Bank,    917 Park Road,    Blandon, PA 19510
13104701     +GE Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1108
13104702      HSBC Retail Services/Best Buy,    PO Box 71106,    Charlotte, NC 28272-1106
13105963     +JP MORGAN CHASE BANK NATIONAL ASSOCIATION,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
               701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13183534     +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,
               700 Kansas Lane,    Monroe, LA 71203-4774
13236046     +Joseph T. Bambrick, Jr., Esq.,    529 Reading Avenue, Suite K,    West Reading, PA 19611-1073
13104707      Meredith Books,    PO Box 37890,    Boone, IA 50037-0890
13104709     +NCB Management Services Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
13104710      NCC Business Services,    PO Box 24739,    Jacksonville, FL 32241-4739
13104716   ++++PRIMARY FINANCIAL SERVICES,    3141 N 3RD AVE STE C100,    PHOENIX AZ 85013-4355
             (address filed with court: Primary Financial Services,    3141 N. Third Avenue, Suite C1,
               Phoenix, AZ 85013)
13104713      Payment Processing Center,    PO Box 71106,    Charlotte, NC 28272-1106
13104714      Pelican Landing Timeshare Ventures,    PO Box 911767,    Denver, CO 80291-1767
13104717      Progressive Financial Services,    1209 4th Avenue South,    Dept. PRO,
               Nashville, TN 37210-4107
13104718      Sears/CBNA,    133200 Smith Road,    Cleveland, OH 44130
13104719     +TD Bank, N.A.,    PO Box 33802,    Detroit, MI 48232-5802
13104720      The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
13104724     +Vivint, Inc.,    4931 North 300 West,    Provo, UT 84604-5816
13104725      Welk Resorts Group,    8860 Lawrence Welk Drive,    Escondido, CA 92026-6403
13104726      Wells Fargo,    PO Box 60510,    Los Angeles, CA 90060-0510
13104727      Wells Fargo Auto,    PO Box 29704,    Phoenix, AZ 85038-9704
13119184      Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
13114513     +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938
13104728     #Wells Fargo Financial, N.A.,    PO Box 660431,    Dallas, TX 75266-0431
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:55:14
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2018 03:55:52     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 04:00:06     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 03:59:08
               PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13104686      E-mail/Text: EBNProcessing@afni.com Nov 15 2018 03:55:42     AFNI, Inc.,    PO Box 3517,
               Bloomington, IL 61702-3517
13167606     +E-mail/Text: bncmail@w-legal.com Nov 15 2018 03:55:44     ALTAIR OH XIII, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13104685      E-mail/Text: mtamsett@adminrecovery.com Nov 15 2018 03:55:52     Admin Recovery, LLC,
               45 Earhart Drive, Suite 102,    Buffalo, NY 14221-7809
```

```
District/off: 0313-4          User: SaraR                  Page 2 of 3                  Date Rcvd: Nov 14, 2018
                              Form ID: 138NEW              Total Noticed: 76
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13146765         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2018 03:59:13
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
13104311        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 15 2018 03:55:33       Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
13195555         E-mail/PDF: rmscedi@recoverycorp.com Nov 15 2018 04:00:13
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, Florida  33131-1605
14106308        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 04:00:11
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
13104694         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2018 03:59:36
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13104695         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2018 04:00:08      Capital One/Best Buy,
                 HSBC Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
13104703         E-mail/Text: cio.bncmail@irs.gov Nov 15 2018 03:55:02       Department of the Treasury - IRS,
                 Internal Revenue Service,     P.O. Box 7346,    Philadelphia, PA 19101-7346
13141736        +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 15 2018 03:55:46
                 INTERNATIONAL COLLECTION SERVICES,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-7999
13104704         E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 03:59:34       JCPenney/GECRB,    PO Box 960090,
                 Orlando, FL 32896-0090
13143935         E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 15 2018 03:55:46       DENOVUS CORPORATION LTD,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-9617
13104705         E-mail/Text: bnckohlsnotices@becket-lee.com Nov 15 2018 03:55:00       Kohl’s Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
13193550         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2018 03:59:12
                 LVNV Funding, LLC its successors and assigns as,    assignee of NCO Portfolio Management,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13104706         E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 03:59:34       Lowe’s/GECRB,    PO Box 530914,
                 Atlanta, GA 30353-0914
13104711         E-mail/Text: bankruptcydepartment@tsico.com Nov 15 2018 03:56:17
                 NCO Financial Systems, Inc.,    PO Box 15372,    Wilmington, DE 19850-5372
13119779        +E-mail/Text: mtamsett@adminrecovery.com Nov 15 2018 03:55:52
                 Namco Pools/TD Bank c/o Admin Recovery,     45 Earhart Drive Suite 102,
                 Williamsville, NY 14221-7809
13104712        +E-mail/Text: bankruptcynotices@cbecompanies.com Nov 15 2018 03:55:50
                 Nelson Watson & Associates, LLC,     80 Merrimack Street, Lower Level,
                 Haverhill, MA 01830-5211
13104715         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 04:00:11
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd.,    Norfolk, VA 23502
13180649         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 03:59:09
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13109898         E-mail/Text: ebn@vativrecovery.com Nov 15 2018 03:55:05       Palisades Collection, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collection, LLC,
                 PO Box 40728,    Houston TX 77240-0728
13146470         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:55:14
                 Pennsylvania Department of Revenue,    PO Box 280946,    Bankruptcy Division,
                 Harrisburg, PA 17128-0946
13105565         E-mail/PDF: rmscedi@recoverycorp.com Nov 15 2018 03:59:10
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13104721        +E-mail/Text: bnc@alltran.com Nov 15 2018 03:54:59       United Recovery Systems,
                 5800 North Course Drive,    Houston, TX 77072-1613
13104722         E-mail/Text: bnc@alltran.com Nov 15 2018 03:54:59       United Recovery Systems, LP,
                 PO Box 721168,    Houston, TX 77272-1168
13104723         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 15 2018 03:54:53
                 Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                               TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13124638*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: IRS Department of the Treasury,    Internal Revenue Service,
                   Philadelphia, PA 19255-0025)
13141884*       +INTERNATIONAL COLLECTION SERVICES,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                  SAINT CLOUD MN 56302-7999
13143938*       ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: DENOVUS CORPORATION LTD,    c o Jefferson Capital Systems LLC,
                   PO BOX 7999,    SAINT CLOUD MN 56302-9617)
13146975*        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
13104708        ##Monarch Recovery Management, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3210
                                                                                               TOTALS: 0, * 4, ## 1
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: SaraR              Page 3 of 3              Date Rcvd: Nov 14, 2018
                              Form ID: 138NEW          Total Noticed: 76
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Cynthia A. Surran NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Barry L. Surran NO1JTB@juno.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP MORGAN CHASE BANK NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JP MORGAN CHASE BANK NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JP MORGAN CHASE BANK NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Barry L. Surran and Cynthia A. Surran

       Debtor(s)                                       Bankruptcy No: 13−16128−ref

                                                        Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        400 Washington Street
                               Suite 300
                            Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                       For The Court
                                                                 Timothy B. McGrath
                                                                   Clerk of Court

Dated: 11/14/18

                                                                                      60 − 58
                                                                                  Form 138_new