United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Barry L. Surran  
Cynthia A. Surran  
    Debtors

Case No. 13-16128-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Nov 14, 2018  
                     Form ID: 212     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.  
db/jdb         +Barry L. Surran,  Cynthia A. Surran,  444 Hoch Road,  Blandon, PA 19510-9474

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:

         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Barry L. Surran NO1JTB@juno.com  
         JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Cynthia A. Surran NO1JTB@juno.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP MORGAN CHASE BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    JP MORGAN CHASE BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    JP MORGAN CHASE BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                                  TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                            Chapter: 13

    Barry L. Surran and Cynthia A. Surran

Debtor(s)                                                                                   Case No: 13−16128−ref

___

*ORDER*

    AND NOW, 11/14/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

      ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

      ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Richard E. Fehling

Chief Judge ,United States
Bankruptcy Court

59
Form 212